**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TIFFANY C. HULING,

                Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

17 **CIVIL** 7962 (PMH)(AEK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2021, upon a careful and complete review of the R&R, the Court finds no clear error in Magistrate Judge Krause's thorough and well-reasoned analysis and the R&R is adopted in its entirety for the reasons set forth therein. Consequently, the Commissioner's motion for judgment on the pleadings is terminated as moot (Doc. 12); this matter is REMANDED to the Commissioner for further proceedings before a properly appointed ALJ; and that upon remand, this case will be assigned to a different ALJ than the one who conducted the original hearing and issue the original agency decision.

**Dated:** New York, New York
       September 21, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

              **BY:**

                                    **Deputy Clerk**